UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA DIVA MATAMOROS,<br><br>        Plaintiff,<br><br>  v.<br><br>WACHOVIA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09-cv-00217-AWI-SMS<br><br>**ORDER REQUIRING PLAINTIFF TO PERSONALLY APPEAR AND SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR TO FAILURE TO APPEAR, FAILURE TO COMPLY WITH COURT ORDER(S), AND FOR LACK OF PROSECUTION**<br>(Doc. 5)<br><br>**ORDER DIRECTING CLERK TO SERVE PRO SE PLAINTIFF AT ADDRESS OF RECORD**<br><br>**DATE: 10/28/09**<br>**TIME: 10:00 A.M.**<br>**CTRM: 7 ~ Sixth Floor** |

    This matter was initially set for a Mandatory Scheduling Conference on May 6, 2009 at 9:15 a.m. in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, pursuant to the court's standard Order Setting Mandatory Scheduling Conference (Doc. 4).  Pro se, Spanish-speaking plaintiff appeared with her English-speaking friend, Martha Bouyer, who resides in the Bay Area.  After twenty minutes of dialogue with pro se plaintiff, by and through her friend, in open court, the Scheduling Conference was continued to August 10, 2009 at 9:30 a.m. for pro se plaintiff to try to obtain legal counsel (Doc. 10).  On August 10, 2009, pro se plaintiff did not

appear or otherwise contact the court.  Additionally, a review of the instant action and docket reveals that no action has been taken by pro se plaintiff since approximately early May 2009.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Therefore, it is HEREBY ORDERED:

1. That this matter is SET for hearing, at which plaintiff must **PERSONALLY APPEAR**, on Wednesday, **October 28, 2009 at 10:00 a.m.**, in Courtroom No. 7 on the Sixth Floor of the United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the Honorable Sandra M. Snyder, United States Magistrate Judge, to show cause why this action should not be dismissed for failure to appear on August 10, 2009, failure to comply with court orders, and for lack of prosecution.  Plaintiff is **ADVISED** that failure to personally appear on October 28, 2009 at 10:00 a.m., will result in a recommendation to the District Judge that this action be dismissed.

2. That the Clerk's Office serve pro se plaintiff with this order at her current address of record:

        Maria Diva Matamoros
        2035 E. Lexington
        Fresno, CA 93720

IT IS SO ORDERED.

**Dated:   October 19, 2009**            /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE